Case 4:24-mj-00331 Document 1 Filed on 07/24/24 in TXSD Page 1 of 3
United States Courts
Southern District of Texas
FILED
*July 24, 2024*
Nathan Ochsner, Clerk of Court

PROB 12C
(7/93)

F I L E D

JUN 2 5 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

**4:24-mj-331**

Name of Offender: Anthony Uriostegui           Case Number: DR:21-CR-01295(2)-AM

Name of Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence: June 5, 2023

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence: 24 months imprisonment followed by a 3 year term of supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: June 21, 2023

Assistant U.S. Attorney: Brett Chappy Miner      Defense Attorney: Jaime J. Zampierollo-Vila (AFPD)

### PREVIOUS COURT ACTION

No previous court action.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Special Condition: The defendant shall abstain from the use of alcohol and any and all intoxicants. |
| 2. | Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance. |
| 3. | Mandatory Condition No. 3: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.<br><br>On July 18, 2023, October 19, 2023, and October 22, 2023, the offender submitted urine specimens which tested positive for cocaine. The offender subsequently admitted to the probation officer to using cocaine on each occasion. |

Anthony Uriostegui
DR-21-CR-01295(2)-AM
Petition for Warrant or Summons
Page 2

On May 1, 2024, the offender submitted a urine specimen which tested positive for cocaine, methamphetamine, and cannabinoids. The offender subsequently denied the use of the controlled substances to the probation officer. A laboratory confirmation report was received and confirmed the specimen was positive for cocaine, methamphetamine, and cannabinoids.

On May 8, 2024, the offender submitted a urine specimen which tested positive for methamphetamine and cannabinoids. The offender subsequently denied the use of the controlled substances to the probation officer. A laboratory confirmation report was received and confirmed a positive urine analysis for methamphetamine and cannabinoids.

4. **Mandatory Condition No. 7: If this judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.**

The offender was ordered to pay $65 per month toward his $100 Special Assessment and $2,000 fine, beginning 60 days after his release from incarceration. During the months of September to December 2023, February 2024, April 2024, and May 2024, the offender willfully failed to pay the criminal monetary penalties as ordered by the Court. As of the writing of the petition, the offender has a delinquent fine amount of $190.

**U.S. Probation Officer Recommendation:** The offender is being supervised in the Houston Division of the Southern District of Texas. It is evident by the offender's continued drug use that he is not willing to comply with the conditions of his judgment at this time. Additionally, he has willfully failed to make monthly payments toward his criminal monetary penalties. Therefore, it is respectfully recommended that a supervised release violation warrant be issued for the offender's arrest, and his term of supervised release be revoked.

The term of supervision should be:

- ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3 years__ supervised release)
- ☐ extended for _____ years for a total term of _____ years
- ☐ the conditions of supervision should be modified as follows:

Approved by:

*[signature]*

Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully submitted by:

*Gloria Arreola*

Gloria Arreola
U.S. Probation Officer
Telephone: (830) 703-2089, ext. 6377
Date: June 17, 2024

Anthony Uriostegui
DR:21-CR-01295(2)-AM
Petition for Warrant or Summons
Page 3

Approved:

*James T. Ward*
James T. Ward
Supervisory Assistant U.S. Attorney

cc: Andrew Gonzales
Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a WARRANT. Bond is set in the amount of $ _____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

_____
Honorable Alia Moses
Chief United States District Judge

_____
Date